UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HARGETT** | * | **CIVIL ACTION** |
| | * | |
| **versus** | * | **No. 22-2261** |
| | * | |
| **GEOVERA SPECIALTY INSURANCE COMPANY** | * | **SECTION "L" (2)** |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that the parties recently reached a settlement of all claims in the above-captioned case. Accordingly,

**IT IS HEREBY ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 1st day of August, 2022.

_____
United States District Judge