# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GYASI HARGETT, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF DAPHNE HARGETT** | * | **CIVIL ACTION** |
| Plaintiff, | * | **NO. 2:22-CV-02261** |
| | * | **JUDGE ELDON E. FALLON** |
| **VERSUS** | | |
| | * | **MAG. JUDGE DONNA PHILLIPS CURRAULT** |
| **GEOVERA SPECIALTY INSURANCE COMPANY,** | * | |
| Defendant. | * | |

_____

The foregoing Motion considered;

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in light of the settlement between the parties, the above-captioned matter is dismissed, with prejudice.

New Orleans, Louisiana, this 12th day of October, 2022.

_____
**UNITED STATES DISTRICT JUDGE**